IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES, for the use of, WHITETAIL GENERAL CONTRACTORS, LLC, a Montana limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>NORTHCON, INC., an Idaho corporation, and NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>    Defendants. | CV 24-64-BLG-SPW-KLD<br><br>**ORDER** |

    Defendants move for the admission of Benjamin J. McDonnell to practice before this Court in this case with Nicholas D. Kovarik to act as local counsel. Mr. McDonnell's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Benjamin J. McDonnell pro hac vice is GRANTED on the condition that Mr. McDonnell shall do his own work. This means that Mr. McDonnell must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Kovarik

may move for the admission pro hac vice of one (1) associate of Mr. McDonnell's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. McDonnell.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McDonnell, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 30th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge