IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES, for the use of, WHITETAIL GENERAL CONSTRUCTORS, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHCON, INC., an Idaho corporation, and NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | CV 24-64-BLG-SPW<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION |

This contract case comes before the Court on Defendants' Motion for Summary Judgment (Doc. 35) and Plaintiff's Motion for Partial Summary Judgment (Doc. 42). United States Magistrate Judge Kathleen L. DeSoto entered her Findings and Recommendation (Doc. 65) on February 2, 2026, in which she recommends: (1) granting Defendants' Motion as to Count 4 and denying it in all other respects, and (2) denying Plaintiff's Motion.

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of a magistrate judge's findings and recommendation. Here, no objections were filed. When neither party objects, the

1

district court reviews for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if "the reviewing court . . . is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948). After review, the Court agrees with Judge DeSoto's analysis and conclusions and finds no clear error.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation (Doc. 65) are ADOPTED in full.

IT IS FURTHER ORDERED that:

(1) Defendants' Motion for Summary Judgment (Doc. 35) is GRANTED as to Count 4 and DENIED in all other respects.

(2) Plaintiff's Motion for Partial Summary Judgment (Doc. 42) is DENIED.

DATED this 18th day of February, 2026.

SUSAN P. WATTERS
United States District Judge